| | | |
|---|---|---|
| | AUSA: William Orr | Telephone: (989) 895-5712 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Paul Wade, ATF | Telephone: (810) 341-5710 |

# UNITED STATES DISTRICT COURT
### for the

## Eastern District of Michigan

United States of America
 v.

Jermarris Demar Russell

Case No.  1:26-mj-30417
Judge: Morris, Patricia T.
Filed: 07-14-2026

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 13, 2026 _____ in the county of _____ Saginaw _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a) | possession of narcotics with intent to distribute. |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Paul Wade, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ July 14, 2026 _____

_____
*Judge's signature*

City and state: _____ Bay City, Michigan _____

Hon. Patricia T. Morris, U.S. Magistrate Judge
_____
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT</u>

I, Special Agent Paul Wade, being first duly sworn, hereby depose and state as follows:

## <u>INTRODUCTION & AGENT BACKGROUND</u>

1.  I make this affidavit from personal knowledge based on the following: my participation in this investigation, including witnessing interviews by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, and information gathered through my training and experience. The information outlined below is for the limited purpose of obtaining a criminal complaint and an arrest warrant. I have not set forth each and every fact I have learned in this investigation.

2.  I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) and have been employed since September 2005.  Prior to my employment with ATF, I was a state certified Police Officer in the State of Tennessee. I have conducted hundreds of investigations of narcotic and firearm offenses and have participated in scores of search warrants in such investigations, which have led to numerous arrests and prosecutions.

3.  The purpose of this affidavit is to establish probable cause that on July 13, 2026, in the Eastern District of Michigan, Jermarris Demar Russell (DOB:

XX/XX/1986), possessed cocaine HCL with the intent to distribute it, in violation of 21 U.S.C. § 841(a)(1).

4. Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause of violations of federal criminal offense, specifically 21 U.S.C. § 841(a)(1).

## PROBABLE CAUSE

5. On July 7, 2026, I obtained a federal search warrant for the residence of Jermarris Demar Russell located at 2837 Wynes Street, Saginaw, Michigan. The search warrant authorized law enforcement officers to search the premises for illegal narcotics.

6. On July 13, 2026, law enforcement conducted surveillance at 2837 Wynes Street. Law enforcement observed Jermarris Russell exit the residence and leave in a pickup truck. A short time later a traffic stop was conducted on the vehicle for a violation of the Michigan Vehicle Code. The Michigan State Police arrested Russell for possession of narcotics with the intent to distribute for items found in the car.

7. On July 13, 2026, after the traffic stop, ATF Agents and Task Force Officers executed the federal search warrant at 2837 Wynes Street. Law enforcement approached the residence, knocked and announced, "Police Search

Warrant Open the Door." After an appropriate amount of time, law enforcement made forced entry into the residence. The house was secure and no individuals were located inside the residence.

8. Michigan State Police Troopers transported Russell from the traffic stop to 2837 Wynes Street. Russell was read his Miranda warning by a state trooper. Russell advised he wanted to show law enforcement where he kept his narcotics inside the residence. He did not want law enforcement to tear up the house looking for the narcotics.

9. Russell directed law enforcement to the kitchen. He indicated some narcotics were in a kitchen cupboard to the left of the stove. Law enforcement removed a few plastic bags and located approximately 46.9 grams of crack cocaine and approximately 186.4 grams of cocaine HCL (both weights included packaging). Both items were field tested utilizing a TruNarc and both items tested positive.

10. Russell directed law enforcement to the basement. He pointed out a large black trash bag that contained tarps. Law enforcement removed the tarps and located three wrapped packages that appeared to be kilogram quantities of cocaine. The weights were approximately 1,073 grams, 1,076 grams, and 1,167 grams (all weights include packaging). Each package was field tested utilizing a TruNarc and all items tested positive. Based on my training and experience, I know that kilogram quantities

3

of cocaine such as were found are typical of cocaine distribution and are more than a typical user of cocaine would have at a given time.

11.   Jermarris Russell's information was run in the Michigan Law Enforcement Information Network (LEIN) and it showed the following felony conviction:

2015 – Federal felony conviction for Distribution of cocaine base.  Russell was sentenced to 108 months with 4 years supervised release.

## **CONCLUSION**

12.   Based upon the above information, probable cause exists to believe that on July 13, 2026, in the Eastern District of Michigan, Jermarris Demar Russell, possessed cocaine with the intent to distribute it in violation of 21 U.S.C. § 841(a)(1).

_____
Special Agent Paul Wade
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn before me or
by reliable electronic means.

_____
Hon. Patricia T. Morris
United States Magistrate Judge
Dated:  July 14, 2026

4